**Maurice MOORE, Plaintiff–Appellant,**

v.

**John M. GERRARD, in his individual**
**and official capacity, Defendant–**
**Appellee.**

No. 16–1602

United States Court of Appeals,
Eighth Circuit.

Submitted: July 15, 2016

Filed: July 20, 2016

Maurice Moore, Pro Se

___

1. The Honorable Timothy L. Brooks, United
States District Judge for the Western District
of Arkansas.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Maurice Moore appeals the district court's [1] preservice dismissal of his pro se complaint alleging deprivation of civil rights and racial discrimination in prior court proceedings. Following careful de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we find no reversible error. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.